1  MATTHEW G. BALL (SBN No. 208881)
   RACHEL CHATMAN (SBN 206775)
2  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, California  94105-3493
   Telephone:  (415) 882-8200
4  Facsimile:  (415) 882-8220

5  Attorneys for Defendant
   TD BANKNORTH, N.A.

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 ELISEO NAVARETTE, on behalf of himself          Case No. C07 02767 HRL
   and all others similarly situated,
12                                                 **STIPULATION TO EXTEND TIME TO**
                                  Plaintiff,       **RESPOND TO COMPLAINT**
13

14        v.

15 TD BANKNORTH, N.A.,

16                               Defendant.

17

18      TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:

19      Plaintiff Eliseo Navarrette ("Plaintiff"), by and through his counsel of record, Law Offices of

20 William E. Kennedy, and defendant TD BankNorth, N.A. ("Defendant"), by and through its counsel,

21 Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby stipulate as follows:

22      Defendant shall have through and including July 27, 2007 to respond to the Complaint on file

23 herein.

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO EXTEND TIME TO RESPOND TO                    1
COMPLAINT

1 SO STIPULATED:

2

3 DATED: June 6, 2007                    KIRKPATRICK & LOCKHART
                                        PRESTON GATES ELLIS LLP
4

5                                       By
6                                          Matthew G. Ball
                                           Rachel Chatman
7                                        Attorneys for Defendant
                                        TD BANKNORTH, N.A.
8

9 DATED: June 6, 2007                    LAW OFFICES OF WILLIAM E. KENNEDY

10

11                                      By
                                           William E. Kennedy
12                                       Attorneys for Plaintiff
                                        ELISEO NAVARRETTE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO          2
COMPLAINT