Matthew G. Ball (SBN 208881)
(matthew.ball@klgates.com)
Rachel Chatman (SBN 206775)
(rachel.chatman@klgates.com)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
(415) 882-8200
(415) 882-8220

Attorneys for Defendant
TD Banknorth, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO NAVARETTE, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TD BANKNORTH, N.A.,<br><br>Defendant(s). | No. C 07 02767 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 31, 2007            Signature /s/
                                Matthew G. Ball
                                Counsel for Defendant TD Banknorth, N.A.
                                (Plaintiff, Defendant, or indicate "pro se")