UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eliseo Navarrette, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TD BANKNORTH NA,<br><br>    Defendant.<br>_____/ | No. C07-02767<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 28, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 1, 2007

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4  Matthew Gordon Ball    matthew.ball@klgates.com, margarita.reyes@klgates.com

5  Rachel Chatman    rachel.chatman@klgates.com, shari.obrien@klgates.com

6  William Eric Kennedy    wkennedy@pacbell.net

7  Scott C. Maurer    smaurer@scu.edu

**United States District Court**
For the Northern District of California

2