**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO NAVARRETTE, | No. C 07-02767 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| TD BANKNORTH NA, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment the Case Management Conference before Judge Howard R. Lloyd for August 28, 2007 has been vacated and reset before Hon. James Ware on **November 5, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a Joint Case Management Statement ten (10) days before the conference.

Dated: August 2, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy