1  MATTHEW G. BALL (SBN NO. 208881)
   (matthew.ball.@klgates.com)
2  RACHEL CHATMAN (SBN 206775)
   (rachel.chatman@kglates.com)
3  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second Street, Suite 1700
4  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
5  Facsimile: (415) 882-8220

6  Attorneys for Defendant
   TD BANKNORTH, N.A.
7

8

9                    **UNITED STATES DISTRICT COURT**

10                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN JOSE DIVISION**

12 | ELISEO NAVARETTE, on behalf of himself and all others similarly situated, | Case No. CV 07 02767 JW |
13 | | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil Local Rule 3-16] |
   | Plaintiff, | |
14 | | |
   | v. | |
15 | | |
   | TD BANKNORTH, N.A., | |
16 | | |
   | Defendant. | |
17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR    1
PERSONS
CASE NO.: C07 02767 JW

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. TD Banknorth, N.A., a wholly-owned subsidiary of TD Banknorth Inc., a Delaware corporation;

2. TD Banknorth Inc., a wholly owned subsidiary of TD US P & C Holdings, ULC (Alberta, Canada); and,

3. TD US P & C Holdings, ULC, a wholly-owned subsidiary of The Toronto-Dominion Bank (Ontario, Canada).

DATED: August 3, 2007

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP


By_____/s/_____
    Matthew G. Ball
    Rachel Chatman
Attorneys for Defendant
TD BANKNORTH, N.A.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.: C07 02767 JW

2