Scott Maurer, C.S.B. #180830
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

William E. Kennedy, C.S.B. #158214
2797 Park Ave #201
Santa Clara, CA 95050
(408) 241-1000
(408) 241-1500

Attorneys for Plaintiff Eliseo Navarrette
and others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated, | Case No.: C 07-02767 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| TD BANKNORTH, N.A, a corporation, | |
| Defendant. | |

//

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

4  The parties stipulate to participate in the following ADR process:

5  <u>Court Processes</u>

6  [ ] Arbitration    [ ] ENE    [ X ] Mediation

8  The parties agree to hold the ADR session by:
9      [ ] the presumptive deadline
10     [ x ] other requested deadline:  **February 28, 2008**

12         ALEXANDER COMMUNITY LAW CENTER

14 Dated:_____     ____/s/_____
        Scott Maurer,
15         Attorney for Plaintiff and the Proposed Class

18         K & L GATES, LLP

20 Dated: _____    ____/s/_____
        Matthew G. Ball,
21         Attorney for Defendant

23 IT IS SO ORDERED:

25 Dated:_____     _____
        The Hon. James Ware,
26         UNITED STATES DISTRICT JUDGE