Scott Maurer, C.S.B. #180830
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

William E. Kennedy, C.S.B. #158214
2797 Park Ave #201
Santa Clara, CA 95050
(408) 241-1000
(408) 241-1500

Attorneys for Plaintiff Eliseo Navarrette
and others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TD BANKNORTH, N.A, a corporation, <br><br> Defendant. | Case No.: C 07-02767 JW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

//

1   Counsel report that they have met and conferred regarding ADR and have reached the
2   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

4   The parties stipulate to participate in the following ADR process:
5   <u>Court Processes</u>
6   [ ] Arbitration    [ ] ENE    [ X ] Mediation

8   The parties agree to hold the ADR session by:
9       [ ] the presumptive deadline
10      [ x ] other requested deadline:  **February 28, 2008**

12                                  ALEXANDER COMMUNITY LAW CENTER

14  Dated:_____        _____/s/_____
                                    Scott Maurer,
15                                  Attorney for Plaintiff and the Proposed Class

18                                  K & L GATES, LLP

20  Dated: _____       _____/s/_____
                                    Matthew G. Ball,
21                                  Attorney for Defendant

23  IT IS SO ORDERED:

25  Dated:____8/8/2007_____       _____/s/ James Ware_____
                                    The Hon. James Ware,
26                                  UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
No. C 07-02767 JW
2