Scott Maurer – BAR NO. 180830
(smaurer@scu.edu)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax:    (408) 288-3581

William E. Kennedy, BAR NO. 158214
(willkennedy@pacbell.net)
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax:    (408) 241-1500

Attorneys for Plaintiff Eliseo Navarrette
and all others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T.D. BANKNORTH, N.A.<br><br>Defendant | Case No.: CV-07-02767 JW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

1

CERTIFICATE OF INTERESTED PERSONS    C 07 02767 JW

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the Plaintiff is unaware of any
2  other entity who has either (i) a financial interest in the subject matter in controversy or in a party
3  to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be
4  substantially affected by the outcome of this proceeding.

Dated: October 23, 2007

LAW OFFICES OF WILLIAM E. KENNEDY

ALEXANDER COMMUNITY LAW CENTER

/s/
_____
Scott Maurer, Attorney
for Plaintiff, Eliseo Navarrette and the Members
of the Proposed Class