UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/5/2007  **Court Reporter:** Not Reported
**Case No:** C-07-02767 JW  **Interpreter:** N/A

## TITLE

Navarrette v TD BANKNORTH NA

**Attorney(s) for Plaintiff(s):** Scott Maurer, Mike Gorman
**Attorney(s) for Defendant(s):** Matthew Ball

## PROCEEDINGS

Initial Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held. The Court set the following deadline(s) and hearing(s):

1. Deadline for Mediation set for February 13, 2008
2. Motion Hearing re Class Certification for April 22, 2008 at 9:00 AM.

The Court to issue further Order Following Case Management Conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: