United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eliseo Navarrette, | No. C 07-02767 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TD BANKNORTH, N.A., | |
| Defendant. | |

The Court conducted a Case Management Conference on November 5, 2007. Counsel for the respective parties were present. In light of the discussion at the conference, the Court orders as follows:

(1) The parties expressed an interest in mediating their disputes. Accordingly, the Court refers the parties to the Court's ADR program. The parties shall contact the Court's ADR program within ten (10) days from the date of this Order for a referral to a mediator. The mediation shall be completed on or before **February 13, 2008.**

(2) The Court specially set **April 22, 2008 at 9 AM** as a hearing date for (a) Plaintiff's anticipated motion for class certification and (b) cross-motions for summary judgment regarding the applicability of TILA. The parties shall notice and file their motions in accordance with the Civil Local Rules of the Court.

(3) The parties are referred to the assigned Magistrate Judge to resolve all disputes involving class certification.

Dated: November 6, 2007

*/s/ James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew Gordon Ball matthew.ball@klgates.com
Rachel Chatman rachel.chatman@klgates.com
Scott C. Maurer smaurer@scu.edu
William Eric Kennedy willkennedy@pacbell.net

**Dated: November 6, 2007**                    **Richard W. Wieking, Clerk**

                                               **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

3