Scott Maurer – BAR NO. 180830
(smaurer@scu.edu)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax:    (408) 288-3581

William E. Kennedy, BAR NO. 158214
(willkennedy@pacbell.net)
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax:    (408) 241-1500

ERIC W. WRIGHT – BAR NO. 41197
(ewright@scu.edu)
19910 Wright Drive
Los Gatos, CA 95033
Phone: (408) 554-4353
Fax:    (408) 554-4426

Attorneys for Plaintiff Eliseo Navarrette
and all others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated, ) ) ) | Case No.: CV-07-02767 JW ) ASSOCIATION OF COUNSEL |
| Plaintiff, ) | |
| vs. ) | |
| T.D. BANKNORTH, N.A. ) ) | |
| Defendant | |

1

Association of Counsel

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that the KATHARINE AND GEORGE ALEXANDER COMMUNITY LAW CENTER, and LAW OFFICES OF WILLIAM E. KENNEDY, counsel for plaintiff Eliseo Navarrette and the members of the proposed class hereby associate ERIC WRIGHT, 19910 Wright Drive Los Gatos, CA 95033; (408) 554-4353.

It is requested that all offices be served with all further correspondence, documents, discovery, and pleadings.

Dated: October 31, 2007

LAW OFFICES OF WILLIAM E. KENNEDY

ALEXANDER COMMUNITY LAW CENTER

/s/
Scott Maurer, SBN 180830
(smaurer@scu.edu)
Attorney for Plaintiff Eliseo Navarrette and the members of the Proposed Class

Dated: October 31, 2007

/s/
Eric W. Wright, SBN 41197
(ewright@scu.edu)

The above association of counsel is accepted.