1  MATTHEW G. BALL (SBN No. 208881)
   (matthew.ball.@klgates.com)
2  RACHEL CHATMAN (SBN 206775)
   (rachel.chatman@klgates.com)
3  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second Street, Suite 1700
4  San Francisco, California  94105-3493
   Telephone:   (415) 882-8200
5  Facsimile:   (415) 882-8220

6  Attorneys for Defendant
   TD BANKNORTH, N.A.
7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
   ELISEO NAVARETTE, on behalf of himself    Case No. CV 07 02767 JW
12 and all others similarly situated,
                                             **STIPULATION AND [PROPOSED]
13                            Plaintiff,      ORDER ASSIGNING CASE TO
                                             SETTLEMENT CONFERENCE
14         v.                                BEFORE A UNITED STATES
                                             MAGISTRATE JUDGE**
15 TD BANKNORTH, N.A.,

16                            Defendant.      Complaint Filed:  May 25, 2007
                                             Trial Date:  Not Set
17

18

19

20

21

22

23

24

25

26

27

28

                                   1

1    On August 8, 2007, this Court entered an order assigning this case to mediation.  On

2  November 14, 2007, this Court assigned this case to mediator Christopher D. Sullivan.  After

3  Defendant TD Banknorth, N.A. identified a conflict with Mr. Sullivan, Plaintiff Eliseo Navarrette

4  and Defendant met and conferred and now respectfully request that the Court allow this matter to be

5  assigned to a settlement conference before a United States Magistrate Judge, on February 7, 2008.

6    The parties further state that they have agreed upon this date of February 7, 2008, after

7  extensive discussion and proposals of various alternative dates, and that, given the difficulties

8  presented by schedules of the counsel and clients involved, and the fact that TD Banknorth's client

9  representative must travel to the settlement conference from TD Banknorth's principal place of

10  business in Portland, Maine, the parties request that every effort be made to schedule the conference

11  on that date.

12

13  DATED: December 17, 2007                    ALEXANDER COMMUNITY LAW CENTER

14

15                                              By:/s/ Scott Maurer
                                                    SCOTT MAURER

16                                              Attorneys for Plaintiff and the Proposed Class

17

18  DATED: December 17, 2007                    KIRKPATRICK & LOCKHART

19                                              PRESTON GATES ELLIS LLP

20

21                                              By: /s/ Matthew G. Ball
                                                    MATTHEW G. BALL

22                                                  RACHEL CHATMAN

23                                              Attorneys for Defendant
                                                    TD BANKNORTH, N.A.

24

25

26

27

28

## <u>ORDER</u>

A settlement conference shall be scheduled before United States Magistrate Judge

_____, on February 7, 2008, beginning at 9:30 a.m.  The

settlement conference shall be located in _____.

**IT IS SO ORDERED:**

Dated:  _____, 2007          _____

HON. JAMES WARE,
UNITED STATES DISTRICT COURT
JUDGE

STIPULATION AND [PROPOSED] ORDER