1  MATTHEW G. BALL (SBN No. 208881)
   (matthew.ball.@klgates.com)
2  RACHEL CHATMAN (SBN 206775)
   (rachel.chatman@klgates.com)
3  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second Street, Suite 1700
4  San Francisco, California 94105-3493
   Telephone:  (415) 882-8200
5  Facsimile:   (415) 882-8220

6  Attorneys for Defendant
   TD BANKNORTH, N.A.



IT IS SO ORDERED AS MODIFIED
Judge James Ware
12/19/2007

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARETTE, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>TD BANKNORTH, N.A.,<br><br>              Defendant. | Case No. CV 07 02767 JW<br><br>**STIPULATION AND [PROPOSED] ORDER ASSIGNING CASE TO SETTLEMENT CONFERENCE BEFORE A UNITED STATES MAGISTRATE JUDGE**<br>**HOWARD R. LLOYD**<br><br>Complaint Filed:  May 25, 2007<br>Trial Date:  Not Set |

On August 8, 2007, this Court entered an order assigning this case to mediation. On November 14, 2007, this Court assigned this case to mediator Christopher D. Sullivan. After Defendant TD Banknorth, N.A. identified a conflict with Mr. Sullivan, Plaintiff Eliseo Navarrette and Defendant met and conferred and now respectfully request that the Court allow this matter to be assigned to a settlement conference before a United States Magistrate Judge, on February 7, 2008.

The parties further state that they have agreed upon this date of February 7, 2008, after extensive discussion and proposals of various alternative dates, and that, given the difficulties presented by schedules of the counsel and clients involved, and the fact that TD Banknorth's client representative must travel to the settlement conference from TD Banknorth's principal place of business in Portland, Maine, the parties request that every effort be made to schedule the conference on that date.

DATED: December 17, 2007                ALEXANDER COMMUNITY LAW CENTER

                                        By:/s/ Scott Maurer
                                            SCOTT MAURER

                                        Attorneys for Plaintiff and the Proposed Class


DATED: December 17, 2007                KIRKPATRICK & LOCKHART
                                        PRESTON GATES ELLIS LLP


                                        By: /s/ Matthew G. Ball
                                            MATTHEW G. BALL
                                            RACHEL CHATMAN

                                        Attorneys for Defendant
                                        TD BANKNORTH, N.A.

**IT IS SO ORDERED AS MODIFIED:**

The parties are referred to the assigned United State Magistrate Judge Howard R. Lloyd for a settlement conference. The parties shall contact Judge Lloyd's chambers within ten (10) days from the date of this order to schedule a settlement conference. The parties shall file a joint status conference statement within ten (10) days after the settlement conference to update the Court of the settlement proceedings and the status of the case.

**IT IS SO ORDERED:**

Dated: _____December 19_____, 2007        _____/s/ James Ware_____
                                          HON. JAMES WARE,
                                          UNITED STATES DISTRICT COURT
                                          JUDGE