UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE              CT. #2

DATE: February 7, 2008               CASE No.   C07-02767JW

CASE TITLE:  Eliseo Navarrette v. TD BANKNORTH, N.A

Courtroom Deputy: P. Cromwell              ERO:

APPEARANCES

For Plaintiff(s):                          For Defendant(s):

Scott Maurer, Michael Gorman, William      Matthew Ball
Kennedy

Also present: Eliseo Navarrette            Also present: Paula Watson

☒  Settlement Conference Held.  Case settled. Parties to work on agreement.

☐  Settlement Conference Held.  Case did not settle.

☐  Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                     Hours:      4.0