Scott Maurer, C.S.B. #180830
Michael Gorman, C.L.S. #20218
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, California 95126
Phone: (408) 288-7030
Fax:   (408) 288-3581

William E. Kennedy, C.S.B. #158214
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax:   (408) 241-1500

Eric W. Wright, C.S.B. #41197
19910 Wright Drive
Los Gatos, CA 95033
Phone: (408) 554-4353
Fax:   (408) 554-4426

Attorneys for Plaintiff Eliseo Navarrette
and others similarly situated

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TD BANKNORTH, N.A,<br><br>Defendant | Case No.: C-07-02767 JW<br><br>DECLARATION OF SCOTT MAURER IN SUPPORT OF ORDER (1) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS; (2) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT; (3) REQUIRING DEFENDANT TO RELEASE THE NAMES AND ADDRESSES OF THE CLASS MEMBERS (4) PROVIDING FOR THE DISTRIBUTION OF CLASS NOTICE; AND (5) SETTING A HEARING FOR FINAL APPROVAL<br><br>Date:  April 28, 2008<br>Time:  9:00 a.m.<br>Judge.: The Hon. James Ware |

1)    I, Scott Maurer, am co-lead counsel for the Settlement Class in this litigation. I submit this Declaration in support of Plaintiffs' Petition filed and served herewith. I have been actively involved in the prosecution of the litigation and am fully familiar with the proceedings set forth herein. If called upon, I would be competent to testify to the following facts as true and correct to the best of my knowledge.

2)    A favorable resolution of the litigation was achieved through aggressive but efficient prosecution. I thoroughly analyzed the legal and factual issues in the litigation and considered the pros and the cons of various theories and facts before agreeing to the terms of the Settlement. Accordingly, I am satisfied that the terms and conditions of this Agreement are fair, reasonable, adequate and equitable, and that a settlement of the Action is in the best interests of the Representative Plaintiff and the Settlement Class.

3)    For the reasons set forth herein, and the accompanying Memorandum of Points & Authorities, I believe that the Settlement is fair, reasonable and adequate when the risks of continued litigation are weighed against the potential benefits.

4)    Since my admission to the bar, my practice has focused exclusively on consumer law cases. I have been counsel or co-lead counsel in several consumer class action suits during that time including:

- *Quintero v. Hispaem*, Case No. C-99 20343 EAI (N.D. Cal), a Fair Debt Collection Practices Act class action which resulted in a settlement that required the defendants to make full restitution to members of the class of monies obtained through unfair debt collection practices, and which further entailed significant injunctive relief and monitoring of the debt collectors' practices; and
- *Cardoza v. Cavalry Portfolio Services*, Case No. C 05 1163 WHA, also a Fair Debt Collection Practices Act class action which resulted in a settlement that required the defendants to make full restitution to members of the class of monies obtained through unfair debt collection practices and to pay statutory damages to the members of the class.
- *Tamayo v. Brainstorm*, Case No. C01-20386 JF (RS), a Truth in Lending Act

1         class action which required the defendants to pay $690,000.00 to members of the
2         class.
3     5)     For the reasons stated above, I believe I can adequately represent the Proposed
4 Settlement Class and I have no interests adverse to the proposed class.

6       I declare under penalty of perjury under the laws of the State of California that the
7 foregoing is true and correct and if called upon to testify, I could testify to the truth of the facts
8 contained in this declaration. This declaration is executed on April 14, 2008, in San Jose,
9 California.

KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER

_____
Scott Maurer
Attorney for Plaintiff Eliseo Navarrette and the
Settlement Class

DECLARATION OF SCOTT MAURER                                                 3