1  Scott Maurer, C.S.B. #180830
   Michael Gorman, C.L.S. #20218
2  KATHARINE & GEORGE ALEXANDER
   COMMUNITY LAW CENTER
3  1030 The Alameda
   San Jose, California 95126
4  Phone:  (408) 288-7030
   Fax:    (408) 288-3581
5

6  William E. Kennedy, C.S.B. #158214
   LAW OFFICES OF WILLIAM E. KENNEDY
7  2797 Park Ave #201
   Santa Clara, CA 95050
   Phone: (408) 241-1000
8  Fax:   (408) 241-1500

9  Eric W. Wright, C.S.B. #41197
   19910 Wright Drive
10 Los Gatos, CA 95033
   Phone: (408) 554-4353
11 Fax:   (408) 554-4426

12 Attorneys for Plaintiff Eliseo Navarrette
   and others similarly situated
13

14

15
                        UNITED STATES DISTRICT COURT
16                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
17

18
                                        ) Case No.: C-07-02767 JW
19 ELISEO NAVARRETTE, on behalf of       )
   himself and all others similarly situated,  ) DECLARATION OF WILLIAM E. KENNEDY
20                                       ) IN SUPPORT OF ORDER (1)
                  Plaintiff,             ) CONDITIONALLY CERTIFYING A
21        vs.                            ) SETTLEMENT CLASS; (2) GRANTING
                                         ) PRELIMINARY APPROVAL OF
22 TD BANKNORTH, N.A,                    ) SETTLEMENT AGREEMENT; (3)
                                         ) REQUIRING DEFENDANT TO RELEASE THE
23              Defendant                ) NAMES AND ADDRESSES OF THE CLASS
                                         ) MEMBERS (4) PROVIDING FOR THE
24                                       ) DISTRIBUTION OF CLASS NOTICE; AND (5)
                                         ) SETTING A HEARING FOR FINAL
25                                       ) APPROVAL
                                         )
26                                       ) Date:   April 28, 2008
                                         ) Time:   9:00 a.m.
27 _____ ) Judge.: The Hon. James Ware

28

                                                                              1

1) I, William E. Kennedy, am co-lead counsel for the Settlement Class in this litigation. I submit this Declaration in support of Plaintiffs' Petition filed and served herewith. I have been actively involved in the prosecution of the litigation and am fully familiar with the proceedings set forth herein. If called upon, I would be competent to testify to the following facts as true and correct to the best of my knowledge.

2) A favorable resolution of the litigation was achieved through aggressive but efficient prosecution. I thoroughly analyzed the legal and factual issues in the litigation and considered the pros and the cons of various theories and facts before agreeing to the terms of the Settlement. Accordingly, I am satisfied that the terms and conditions of this Agreement are fair, reasonable, adequate and equitable, and that a settlement of the Action is in the best interests of the Representative Plaintiff and the Settlement Class.

3) For the reasons set forth herein, and the accompanying Memorandum of Points & Authorities, I believe that the Settlement is fair, reasonable and adequate when the risks of continued litigation are weighed against the potential benefits.

4) I am or have been co-counsel in four certified class action lawsuits besides the instant case. The first case is <u>Wilson et al. v. Fidelity Water System, Inc.</u> Northern District of California Case #C 97-20118 RMW. This case challenged the sales and financing practices of a door-to-door seller of water treatment systems and a related finance company. The remaining cases are <u>Smith v. GMAC</u>, Santa Clara County Superior Court Case #CV 776 152; <u>Gonzalez v. Bank of the West</u>, Santa Clara County Superior Court Case #CV777378; and <u>Acosta v. Sunstar</u>, Santa Clara County Superior Court Case #CV 776928. I was counsel or co-counsel in the following published cases (including Lexis/Westlaw cases):

- <u>Yu v. Signet Bank/ Virginia</u>, 69 Cal.App.4th 1377 (1999) (distant forum abuse by credit card company)
- <u>Yu v. Signet Bank/Virginia</u>, 103 Cal. App. 4th 298 (2002) (distant forum abuse by credit card company)
- <u>Rosales v. Citibank</u>, 133 F. Supp. 2d 1177 (N.D. Cal. 2000) (Business and Professions Code §17200)

1  —   Long v. Fidelity Water Systems, 2000 U.S. Dist. LEXIS 3982, 2000 WL
2       760328 (Truth in Lending Act)
3  —   Long v. Fidelity Water Systems, 2000 U.S. Dist. LEXIS 7827 2000 WL
4       989914 (Arbitration)
5  —   Lin v. Universal Card Services Corporation, 238 F. Supp.2d 1147
6       (N.D.Cal. 2002) (California Consumer Credit Reporting Agencies Act)
7  —   Mayo v. Dean Witter Reynolds, Inc., 258 F. Supp. 2d 1097 (N.D. Cal.
8       2003) (Arbitration)
9  —   Alkan v. Citimortgage, Inc. 336 F.Supp.2d 1061 (N.D.Cal.,2004)(Home
10      Ownership Loan Act)

   5)   For the reasons stated above, I believe I can adequately represent the Proposed Settlement Class and I have no interests adverse to the proposed class.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called upon to testify, I could testify to the truth of the facts contained in this declaration. This declaration is executed on April 14, 2008, in San Jose, California.

                                   LAW OFFICE OF WILLIAM E. KENNEDY


                                   _____
                                   William E. Kennedy
                                   Attorney for Plaintiff Eliseo Navarrette and the
                                   Settlement Class

DECLARATION OF WILLIAM E. KENNEDY                                            3