Scott Maurer, C.S.B. #180830
Michael Gorman, C.L.S. #20218
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, California 95126
Phone: (408) 288-7030
Fax:    (408) 288-3581

William E. Kennedy, C.S.B. #158214
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax:    (408) 241-1500

Eric W. Wright, C.S.B. #41197
19910 Wright Drive
Los Gatos, CA 95033
Phone: (408) 554-4353
Fax:    (408) 554-4426

Attorneys for Plaintiff Eliseo Navarrette
and others similarly situated

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TD BANKNORTH, N.A,<br><br>Defendant | Case No.: C-07-02767 JW<br><br>DECLARATION OF MICHAEL GORMAN IN SUPPORT OF ORDER (1) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS; (2) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT; (3) REQUIRING DEFENDANT TO RELEASE THE NAMES AND ADDRESSES OF THE CLASS MEMBERS (4) PROVIDING FOR THE DISTRIBUTION OF CLASS NOTICE; AND (5) SETTING A HEARING FOR FINAL APPROVAL<br><br>Date:  April 28, 2008<br>Time:  9:00 a.m.<br>Judge.: The Hon. James Ware |

1) I, Michael Gorman, am a Law Student acting under the supervision of counsel for the Settlement Class in this litigation. I submit this Declaration in support of Plaintiffs' Application filed and served herewith. I have been actively involved in the prosecution of the litigation and am fully familiar with the facts set forth herein. If called upon, I would be competent to testify to the following facts as true and correct to the best of my knowledge.

2) On October 23, 2007, our office served Interrogatories, Requests for Admissions, and Request for Production of Documents on the Defendant. Defendant provided verified responses to all of these requests. Our office carefully reviewed the responses, and I personally reviewed the 1,249 pages of documents produced. I was present at the Early Settlement Conference and I know that the settlement was negotiated in good faith and at arm's length after a review of Defendant's disclosures, and responses to Interrogatories, Requests for Admissions, and Document Requests. The terms of the settlement were also arrived at through the assistance of Judge Lloyd at a court-sponsored mediation. The fees were negotiated apart from the relief to the class and in no way diminished or affected the substantive aspects of the settlement. The amount of fees for Class Counsel was not negotiated until relief for the class members was fully negotiated.

3) For the reasons set forth herein, and the accompanying Memorandum of Points & Authorities, I believe that the Settlement is fair, reasonable and adequate when the risks of continued litigation are weighed against the potential benefits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called upon to testify, I could testify to the truth of the facts contained in this declaration. This declaration is executed on April 14, 2008, in San Jose, California.

1
2      KATHARINE & GEORGE ALEXANDER
       COMMUNITY LAW CENTER
3
4
5      _____
       Michael Gorman
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28