UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/28/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** C-07-02767 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

**Eliseo Navarrette v. TD Banknorth NA**

**Attorney(s) for Plaintiff(s)**: Scott Maurer, William Kennedy
**Attorney(s) for Defendant(s)**: No Appearances Made

PROCEEDINGS

**Motion Hearing re Certifying a Settlement class; Preliminary Approval re Settlement**

ORDER AFTER HEARING

Hearing Held. No appearances made on or behalf of Defendants. No opposition to the Motion was heard. The Court to further issue order granting certifying a settlement class and preliminary approval re settlement.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: