Scott Maurer, C.S.B. #180830
Michael Gorman, C.L.S. #20218
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

William E. Kennedy, C.S.B. #158214
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
(408) 241-1000 – Tel.
(408) 241-1500 – Fax

Eric W. Wright, C.S.B. #41197
19910 Wright Drive
Los Gatos, CA 95033
Phone: (408) 554-4353
Fax:    (408) 554-4426

Attorneys for Plaintiff Eliseo Navarrette
and others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated, | ) Case No.: C-07-02767 JW |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] AMENDED |
| | ) ORDER (1) CONDITIONALLY CERTIFYING A |
| vs. | ) SETTLEMENT CLASS; (2) GRANTING |
| | ) PRELIMINARY APPROVAL OF SETTLEMENT |
| TD BANKNORTH, N.A, | ) AGREEMENT; (3) REQUIRING DEFENDANT |
| | ) TO RELEASE THE NAMES AND ADDRESSES |
| Defendant. | ) OF THE CLASS MEMBERS; (4) PROVIDING |
| | ) FOR THE DISTRIBUTION OF CLASS NOTICE; |
| | ) AND, (5) SETTING A HEARING FOR FINAL |
| | ) APPROVAL |
| | ) |
| | ) Date:    April 28, 2008 |
| | ) Time:    9:00 a.m. |
| | Dept.:    Hon. James Ware |

1    **WHEREAS**, this action is subject to the Class Action Fairness Act (CAFA), 28 U.S.C.

2  § 1711, et seq.;

3    WHEREAS, pursuant to 28 U.S.C. § 1715(b) & (c), the Defendant in this matter is

4  required "[n]ot later than 10 days after a proposed settlement of a class action is filed in court"

5  to give notice of the proposed settlement to the Office of Comptroller of the Currency (OCC);

6    WHEREAS, the proposed settlement in this matter was filed with this Court on April

7  15, 2008;

8    WHEREAS, on April 21, 2008, the Defendant in this matter provided to the OCC the

9  notice required under 28 U.S.C. § 1715(b) & (c);

10    WHEREAS, 28 U.S.C. § 1715(d) provides that "[a]n order giving final approval of a

11  proposed settlement may not be issued earlier than 90 days after the later of the dates on which

12  the appropriate Federal official . . . are served with the notice required under subsection (b)."

13    WHEREAS, pursuant to 28 U.S.C. § 1715(d), the earliest that a final approval order

14  could be issued is July 21, 2008;

15    WHEREAS, the timing set forth in the Settlement Agreement and the Class Notice

16  anticipates the following timeline for class notice, opt-outs, and objections:

17
18
- June 2, 2008:  Class Administrator mails class notice (within 35 days after preliminary approval) (Settlement Agreement ¶ 4.03);

19
20
21
- July 2, 2008 (approx.):  Class Administrator to remail any returned notices within 15 days of receipt of the returned original notice (Settlement Agreement ¶ 4.06 – timeline assumes receipt of undeliverable original notices within 15 days);

22
23
- August 1, 2008 (approx.):  Final class opt-outs and objections due (30 days from notice of remailing) (Settlement Agreement ¶ 4.08);

24
- August 1, 2008  (approx.):  Earliest date that class Administrator could provide final list of opt-outs to counsel (Settlement Agreement ¶ 4.10);

25
26
27
- September 10, 2008  (approx.):  Earliest date final settlement hearing can take place (Settlement Agreement ¶ 4.10 – Class Administrator must provide list of opt-outs not later than 40 days before the final settlement hearing); and

28
- September 15, 2008:  First potential law and motion date after the earliest date the final settlement hearing can take place.

1    WHEREAS, the Court's order granting Preliminary Approval sets a hearing date for

2  final approval of June 30, 2008, which (1) is less than the 90-day period required by 28 U.S.C. §

3  1715(d); and (2) does not allow sufficient time for the notice, opt-out, and objection procedures

4  as agreed to between the parties.

5    WHEREAS, the previous proposed order submitted to the Court further contained two

6  typographical errors that require correction;

7    WHEREAS, the parties agree that, notwithstanding this amended order, the date of

8  conditional approval of this settlement should be considered to be April 28, 2008, and that this

9  Court's amended order should reflect that date;

10    IT IS HEREBY STIPULATED BETWEEN THE PARTIES THAT AN AMENDED

11  PROPOSED ORDER SHOULD BE ISSUED PROVIDING FOR A FINAL FAIRNESS

12  HEARING NO EARLIER THAN SEPTEMBER 15, 2008, AS SET FORTH BELOW.

13  SO STIPULATED.

14

15  DATED: April _28_, 2008          ALEXANDER COMMUNITY LAW CENTER

16

17

18                    By:      /s/

19                           SCOTT MAURER
                            Attorneys for Plaintiff Eliseo Navarrette and the
20                           Settlement Class

21

22

23  DATED: April 28, 2008           KIRKPATRICK & LOCKHART PRESTON
                                 GATES ELLIS LLP
24

25

26                    By:      /s/Matthew G. Ball

27                           MATTHEW G. BALL
                            Attorneys for Defendant TD BANKNORTH,
28                           N.A.

THE COURT HEREBY ORDERS AS FOLLOWS:

(1) The Court certifies a Settlement Class, conditioned on final approval of the settlement. The Court further finds (a) that this action may be maintained as a class action pursuant to Federal Rules of Civil Procedure Rule 23(b)(3), (b) that the named plaintiff is an adequate representative of the settlement class, and (c) that class counsel is competent;

(2) The court preliminarily approves the Settlement Agreement entered into by all parties to this action;

(3) Defendant is ordered to provide the names and last known addresses of all class members, as derived from its current databases, to the Settlement Class Administrator by May 5, 2008.

(4) The Court orders Class Notice, as set forth in ¶ 4.03 of the Settlement Agreement. Notice will be in the form attached to the Settlement Agreement as Exhibit B, and the Spanish translation thereof (Exhibit C), and be mailed by the Class Administrator to affected persons within 35 days of the date of Preliminary Approval as defined in ¶ 1.15 of the Settlement Agreement, which date is April 28, 2008. The Class Administrator will take actions required pursuant to ¶ 4.06 of the Settlement Agreement if the Notice is returned, in order to provide adequate notice to the Class;

(5) The Court orders a Final Fairness Hearing before this Court to take place on _____, 2008;  (parties request a date on or after September 15, 2008)

(6) The Court orders that pursuant to ¶ 4.08 of the Settlement Agreement, each Settlement Class Member has 30 days from the date of mailing Notice to serve Counsel and file with the Court a request to opt out of the class or objections to the Settlement Agreement under the terms and conditions set forth in the Class Notice; and

1   (7) The Court orders Rosenthal & Company of Novato, California be appointed as the Class

2       Administrator, which shall mail Class Notice and perform all other acts required of it

3       under the terms of the Settlement Agreement.

4

5

6
    DATED:  _____, 2008                    _____
7                                          Hon. James Ware
8                                          U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28