Matthew G. Ball (SBN 208881)
Rachel Chatman, (SBN 206775)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
TD BANKNORTH, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,, | Case No. C 07 02767 JW |
| Plaintiff(s), | **DECLARATION OF MATTHEW G. BALL REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1711, ET SEQ.** |
| v. | |
| TD BANKNORTH, N.A.,, | |
| Defendant. | Final Approval Hearing Date: September 15, 2008 |
| | Judge: Hon. James Ware |

I, Matthew G. Ball, declare:

1. I am a partner with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. I have personal knowledge regarding the facts set forth below and, if called as a witness, could competently testify thereto.

2. On April 21, 2008, in compliance with the Class Action Fairness Act, 28 U.S.C. § 1711, et seq., I directed that a letter be sent to Horace Sneed, Director, Litigation Division, of the Office of the Comptroller of the Currency, a true and correct copy of which is attached hereto as Exhibit A, without attachments. The copy of the letter attached as Exhibit A was sent with the various documents described therein.

3. On April 23, 2008, my office received a letter from Mr. Sneed confirming receipt of my April 21, 2008 letter. A true and correct copy of the letter my office received is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of May, 2008, in San Francisco, California.

_____
Matthew G. Ball

# EXHIBIT A

**K&L|GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

T 415.882.8200    www.klgates.com

April 21, 2008

Matthew G. Ball
D 415.249.1014
F 415.882.8220
matthew.ball@klgates.com

**VIA FEDEARL EXPRESS**

Mr. Horace Sneed
Director, Litigation Division
Office of the Comptroller of the Currency
250 E Street, SW
Washington DC 20219

Re:    Notice of Proposed Class Action Settlement

Dear Mr. Sneed:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1711, et seq. ("CAFA") and OCC Bulletin 2006-20 "Guidance for Filing Notices for Proposed Class Action Settlements", this letter constitutes notice of the proposed class action settlement of *Navarette v. TD Banknorth, N.A.* The proposed settlement was filed in the Northern District of California on April 15, 2008.

As required by CAFA and Bulletin 2006-20, enclosed please find copies of the following documents:

1. Complaint (28 U.S.C. § 1715(b)(1));
2. Notice of judicial hearing set for April 28, 2008 (*id.* at § 1715(b)(2));
3. Proposed Notice to class members, setting forth:
   - The members' rights to request exclusion from the class action; and
   - A proposed settlement of class action (*id.* at § 1715(b)(3)(A)(i) & (B))[1];
4. The proposed class action settlement, described in the Points and Authorities in Support of Application for Order (1) Conditionally Certifying Settlement Class (2) Granting Preliminary Approval of Settlement Agreement (3) Requiring Defendant to Release the Names and Addresses of Class Members (4) Providing for the Distribution of Class Notice and (5) Setting Hearing for Final Approval (*id.* at § 1711(b)(4));
5. The Settlement Agreement between Eliseo Navarrette, TD Banknorth, Scott Maurer and William Kennedy (class counsel), and K&L Gates (counsel for TD Banknorth) (*id.* at § 1711(b)(5));

---

[1] This is attached as Exhibits B and C to the Settlement Agreement.

K&L|GATES

Mr. Horace Sneed
April 21, 2008
Page 2

6. The [Proposed] Order Certifying Class, Granting Final Approval of Class Settlement, Awarding Attorneys' Fees and Costs to Plaintiff, and Entering Judgment (*id.* at § 1711(b)(6));[2] and

7. List of class members, grouped by state of residence (per the settlement agreement, each account will receive approximately $240 – if there is more than one borrower on an account, the borrowers will share the payment) (§ 1711(b)(7)(A)).[3]

Unless your office informs us otherwise, we assume that this notice is compliant with the requirements of CAFA and that the 90-day waiting period is running. Should you have any questions regarding this notice of the material included, please call me at 415-249-1014.

Sincerely,

Matthew G. Ball

Enclosures

cc: Stephen Woodward (via e-mail: stephen.woodward@.occ.treas.gov)

---

[2] This is attached as Exhibit D to the Settlement Agreement.

[3] There are no judicial opinions concerning this settlement, written or otherwise, so the provision in 28 U.S.C. § 1711(b)(8) does not apply.

# EXHIBIT B



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

April 23, 2008

Matthew G. Ball, Esq.
Kirkpatrick & Lockhart Preston
 Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

Subject:     *Navarette v. TD Banknorth, N.A.*, Case No. C 07-02767 JW (U.S.D.C. N.D. Ca.)
             -- Receipt of CAFA Notification of Proposed Class Action Settlement, Pursuant
             to 28 U.S.C. §1715 & OCC Bulletin 2006-20

Dear Mr. Ball:

By this letter, the Litigation Division of the Office of the Comptroller of the Currency ("OCC") acknowledges receipt of your notice of a proposed settlement in the above-named case. The notice was submitted to assure compliance with the Class Action Fairness Act of 2005 and OCC Bulletin 2006-20. The OCC will not contact you regarding this matter unless we have comments or questions that would require further action on your part.

Sincerely,

*[signature]*

Horace G. Sneed
Director
Litigation Division

cc:     Stephen Woodward, EIC
        OCC National Bank Examiners
        c/o TD Banknorth, Inc.
        Two Portland Square, Third Floor
        ME 089 30CC
        Portland, ME 04112