Scott Maurer, C.S.B. #180830
Cheryl Scheer, C.L.S # 20998
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

William E. Kennedy, C.S.B. #158214
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
(408) 241-1000 – Tel.
(408) 241-1500 – Fax

Eric W. Wright, C.S.B. #41197
19910 Wright Drive
Los Gatos, CA 95033
Phone: (408) 554-4353
Fax:    (408) 554-4426

Attorneys for Plaintiff Eliseo Navarrette
and others similarly situated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated, | Case No.: C-07-02767 JW <u>CLASS ACTION</u> |
| Plaintiff, | NOTICE OF MOTION IN SUPPORT OF AN ORDER CERTIFYING A CLASS, GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARDING ATTORNEYS' FEES AND COSTS TO PLAINTIFF, AND ENTERING JUDGMENT |
| vs. | |
| TD BANKNORTH, N.A, | |
| Defendant. | |
| | Date: September 15, 2008 |
| | Time: 9:00 a.m. |
| | Courtroom: Hon. James Ware |

Case No.: C-07-02767 JW
Notice of Motion in support of an order certifying a class, granting final approval of class settlement, awarding attorneys' fees and costs to plaintiff, and entering judgment - 1

To each party and attorney of record:

PLEASE TAKE NOTICE that on September 15, at 9:00 a.m. at the United States District Court for the Northern District of California (San Jose Division) in front of the Honorable James Ware, Plaintiff Eliseo Navarette on behalf of himself and all others similarly situated, will move for an order certifying a class, granting final approval of class settlement, awarding attorneys' fees and costs to plaintiff, and entering judgment against Defendant TD Banknorth, N.A.

The motion will be based on this notice, on the declarations of Scott Maurer, William E. Kennedy and John Keane with attached documents and exhibits, on the Memorandum of Points and Authorities served and filed herewith, on the records and the file herein, and on such evidence as may be presented at the hearing on this motion.

Dated: September 5, 2008

LAW OFFICES OF WILLIAM E. KENNEDY

ALEXANDER COMMUNITY LAW CENTER

Attorneys for Plaintiff Eliseo Navarrette and the Settlement Class

_____/s/_____
Scott Maurer
Supervising Attorney*

_____/s/_____
Cheryl Scheer
Certified Law Student*

*Pursuant to the State Bar rules governing the practical training of law students

Case No.: C-07-02767 JW

Notice of Motion in support of an order certifying a class, granting final approval of class settlement, awarding attorneys' fees and costs to plaintiff, and entering judgment - 2