IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| ELISEO NAVARRETE, on behalf of Himself and all others similarly situated )<br><br>    Plaintiff, )<br>    v. )<br><br>TD BANKNORTH, N.A., )<br><br>    Defendants. )<br> ) | Case No. C-07-02767 JW<br><br>**DECLARATION OF JOHN KEANE RE: NOTICE PROCEDURES**<br><br>Judge: Hon. James Ware<br>Date: September 5, 2008 |

I, JOHN KEANE, declare:

1.     I am the General Manager of Rosenthal & Company LLC ("Rosenthal"), located at 300 Bel Marin Keys Boulevard, Suite 200, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     Rosenthal was retained to, among other things, mail the Notice of Proposed Class Action Settlement (the "Notice") in both English and Spanish languages. Copies of the English version and the Spanish version of the Notice are attached hereto as Exhibit A and B, respectively.

3.     On May 8, 2008, Rosenthal received from the Defendant a computerized list of 2,464 names and addresses, characterized as the Class Member List, i.e., all residents of the United States who opened a Comfort Mobility Credit Line Account with TD Banknorth and/or Shoppers Charge Accounts Co. in connection with a purchase from any Craftmatic Entity between May 25, 2006 and February 13,

1   2008, including, without limitation, all co-borrowers.

2        4.      On or before May 8, 2008, Rosenthal caused the addresses in the Class Member List to

3   be updated using the National Change of Address system, which updates addresses for all people who

4   had moved during the previous four years and filed a change of address with the U.S. Postal Service.

5   New addresses were found for 126 class members.  The Class Member List was updated with these new

6   addresses.

7        5.      Rosenthal identified eight individuals as having appeared in the Class Member List twice.

8   After consolidating these records, the Class Member List was finalized with 2,456 names and addresses.

9        6.      On or before July 2, 2008, Rosenthal caused a toll-free telephone number to be

10  established, and the staff members of the Rosenthal Call Center to be trained in the details of this

11  settlement, so that they could receive requests for Notices.

12       7.      On or before July 2, 2008, Rosenthal caused the Notice to be printed with each of the

13  names and addresses of the class members.  Rosenthal then caused a Notice to be inserted into a window

14  envelope for each Class Member (the "Notice Packet").

15       8.      On July 2, 2008, Rosenthal caused the 2,456 Notice Packets to be mailed by First Class

16  postage at the U.S. Post Office in Santa Rosa, California.

17       9.      During the period July 2, 2008 through August 18, 2008, three Notice Packets were

18  returned to Rosenthal by the U.S. Postal Service with forwarding addresses.  Rosenthal caused the Class

19  Member List to be updated with the new addresses and Notice Packets to be re-mailed to the class

20  members at each of these new addresses.

21       10.     During the period July 2, 2008 through August 18, 2008, 62 Notice Packets were

22  returned to Rosenthal by the U.S. Postal Service without forwarding addresses.  Rosenthal conducted

23  address searches using credit and other public source databases to locate new addresses for these 62

24  class members, and new addresses were found for 22 of them.  No new addresses were found for 40 of

25  them.  The Class Member List was updated with these new addresses and Notice Packets were re-mailed

26  to these 22 class members using the new addresses.

27       11.     Of the 22 class members with newly found addresses, two were returned by the U.S.

28  Postal Service once more without a forwarding address.  These addresses were not searched again.

         12.     Altogether, there are 42 class members with known bad addresses (two searched, re-

Declaration of John Keane Re: Notice Procedures

1   mailed and returned once more by the U.S. Postal Service and 40 searched without a new address being

2   found).

3      13.    As of the date of this declaration, Rosenthal has received four Requests for Exclusion.  A

4   list of the individuals requesting exclusion and copies of the exclusion requests are attached hereto as

5   Exhibit C.

6      14.    As of the date of this declaration, Rosenthal has received no Objections to the Settlement.

7

8   I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true

9   and correct to the best of my knowledge and that this declaration was executed this 5th day of

10  September 2008 at Novato, California.

11

12

13                                      John Keane

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of John Keane Re: Notice Procedures

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No.: CV 07 02767 JW |
| TD BANKNORTH, N.A., ) ) | |
| Defendant. ) | |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

### PLEASE READ THIS NOTICE CAREFULLY - THIS IS *NOT* A LAWSUIT AGAINST YOU

**To:** All U.S. residents who financed a Craftmatic bed through a Comfort Mobility Credit Line account issued by the Defendant, TD Banknorth between May 26, 2006 and February 13, 2008.

It appears from the Defendant's records that you are a member of the Class affected by the proposed settlement and, as a result, that you may be entitled to certain benefits which are described below. You are being sent this Notice to explain the nature of the lawsuit and the terms of settlement, and inform you of your legal rights and obligations. In order to obtain the benefits of this settlement, you do not have to do anything.

### WHAT THIS LAWSUIT IS ABOUT

On May 25, 2007, Eliseo Navarrete initiated the above-captioned suit ("the Action") against TD Banknorth. The Action asserted class-wide violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*; as well as an individual claim for a violation of California's Consumers Legal Remedies Act. The primary issue raised by this lawsuit is whether or not TD Banknorth provided appropriate credit information to borrowers in conjunction with the Comfort Mobility Credit Line program.

Defendants denied all of the claims and raised a number of defenses. TD Banknorth does not believe that it did anything wrong or that it did not obey the law, and it does not agree or admit that it is liable for any claims in this lawsuit or caused any damages. The Court has not made a determination as to who is right about the claims in the lawsuit.

### THE PROPOSED SETTLEMENT

The Class Representatives and the Defendants have agreed to the settlement described below in order to avoid the risks to both sides of going to trial and to avoid the delay in benefits Class members may or may not receive after lengthy litigation. **You do not need to do anything in order to receive the benefits of this settlement,** except give notice of change of address if you move in the next six months. If the settlement is finally approved by the Court, you will be entitled to receive the benefits described below.

**<u>Benefits to Class Members</u>**

Defendants have agreed to create a $592,536.70 settlement fund. Funds will be distributed to the individuals who participate in this class action settlement. If you decide to participate, you will receive a check for approximately $239 if this settlement receives final approval by the Court.

**<u>Benefits to the Class Representative</u>**

The settlement agreement provides that TD Banknorth will pay Mr. Navarrette $5,000, erase the balance on his Comfort Mobility Credit Line account, and refrain from negative credit reporting with respect to Mr. Navarrette.

**<u>Attorneys' Fees</u>**

In addition to the $592,536.70 settlement fund, which will be distributed among the Class members, Defendant has agreed to pay the attorneys' fees for the Class in an amount not to exceed $50,000. The attorneys' fees will be paid separately from the settlement fund, and will not reduce the amount of money paid to the Class members.

**EXHIBIT**

**A**

**Release**

In exchange for the benefits to the Class described herein, Defendant TD Banknorth will be released from liability for the acts and omissions alleged in this lawsuit. All Class members will be bound by this release unless they exclude themselves or object to the settlement as described below. The release extends even to claims that Class members might have against Defendant TD Banknorth – but do not know about – arising out of the acts and omissions alleged in this lawsuit.

## OPINION OF CLASS COUNSEL CONCERNING THE SETTLEMENT

The attorneys for the Class believe, given the uncertainties of litigation, the remaining legal and factual issues, as well as the delay inherent in the trial and appellate process, that this is a fair and reasonable settlement.

## YOUR RIGHTS AND HOW TO CLAIM YOUR SHARE

**In order to receive the benefits to which you are entitled under this agreement, you do not need to do anything**. After the Court issues Final Approval, a check or credit will be mailed to you.

**If you do not want to participate in the class settlement, you must notify the Class Administrator, in writing, at the following address:** *Navarrette v. TD Banknorth* **Class Administrator, c/o Rosenthal & Company LLC, P.O. Box 6177, Novato CA 94948-6177.** You must state in writing that you wish to be excluded from the Class, and mail your letter so that it is postmarked by July 2, 2008. Additionally, you or your attorney will need to file the written notice with the Court, and mail the notice to the lawyers involved in this Action. Those lawyers are:

Scott Maurer
KGACLC
1030 The Alameda
San Jose, CA 95126

and

Matthew G. Ball
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

If you exclude yourself and thus choose not to participate in the settlement class, you will have the right to bring an individual lawsuit on your own behalf against the Defendants if you bring it within the time allowed by law. If you brought such a lawsuit and won you might recover a larger amount of money than you will receive under this class settlement. If you lose your own lawsuit, however, you will recover nothing.

If you do not provide proper notice that you wish to exclude yourself, object, intervene or appear either on your own or through your own attorney, you will be represented at no cost by attorneys for the Class Representatives and the Class at the hearing and all further court proceedings.

## FURTHER COURT PROCEEDINGS

A Final Fairness Hearing will be held before the Honorable James Ware on or about September 15, 2008 at 9:00 a.m. in Courtroom 8, U.S. District Court for the Northern District of California, 280 South First Street, San Jose, CA. At the hearing, Judge Ware will decide whether the proposed settlement is reasonable, adequate, and fair. If Judge Ware approves it, the settlement will be completed and the distributions will be paid thereafter. Class members who have filed an objection or wish to intervene must appear at the hearing to explain their position. **You do not need to appear in order to receive your share of the class settlement.**

## ADDITIONAL INFORMATION

If you would like more information about this Notice or this litigation, you may contact Plaintiff's counsel as follows: Scott Maurer; KGACLC; 1030 The Alameda; San Jose, CA 95126, (408) 288-7030. The court papers filed in this case are available for inspection in the Office of the Clerk, U.S. District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, CA 95113-3002.

**Please do not call the Judge or Clerk of the Court. They will not be able to give you advice about this case.**

TRIBUNAL REGIONAL DE LOS ESTADOS UNIDOS
REGION DEL NORTE DE CALIFORNIA - DIVISIÓN DE SAN JOSÉ

| | |
|---|---|
| ELISEO NAVARRETTE, de su propia parte y de parte de otros en una situación similar, ) ) ) | |
| Demandantes, ) | |
| ) | |
| vs. ) | Caso No.:  CV 07 02767 JW |
| TD BANKNORTH, N.A., ) | |
| ) | |
| Acusado. ) | |

## AVISO DE LA PROPUESTA DE UN ARREGLO A LA DEMANDA COLECTIVA

FAVOR DE LEER ESTE AVISO CUIDADOSAMENTE –
ESTA **NO ES** UNA DEMANDA CONTRA USTED.

**Para:** Todas las personas viviendo en Estados Unidos quienes financiaron una cama Craftmatic a través de una cuenta de Línea de Crédito Comfort Mobility, emitida por el Acusado, TD Banknorth, entre el 26 de mayo del año 2006 y el 13 de febrero del 2008.

Al parecer, de acuerdo a los registros del Acusado, usted es uno (una) de los (las) participantes en esta demanda colectiva que sería afectada por este arreglo que ahora se propone. Por consiguiente, usted podría tener derecho a ciertos beneficios que se describen a continuación. Se le manda este Aviso para explicarle de lo que se trata esta demanda, para delinear los términos del arreglo, y para informarle sobre sus derechos y obligaciones legales. Usted no tendría que hacer nada para obtener los beneficios de este arreglo.

### DE LO QUE SE TRATA ESTA DEMANDA

El 25 de mayo del 2007, Eliseo Navarrete levantó la demanda previamente mencionada ("la Demanda") contra TD Banknorth. La Demanda alega quebrantamientos en conjunto de 15 U.S.C. § 1601 *et seq.* del Acta de la Verdad en los Préstamos (Truth in Lending Act); así como una queja individual por quebrantamientos al Acta de Remedios Legales del Consumidor de California (California's Consumers Legal Remedies Act). El asunto principal en esta Demanda es si ya sea o no TD Banknorth proporcionó información adecuada sobre su oferta de crédito a las personas que aceptaron dicho crédito en relación al programa de Línea de Crédito de Comfort Mobility.

Los Acusados negaron todos los cargos y presentaron varias defensas. TD Banknorth no considera que hizo algo incorrecto o que desobedeció la ley, ni tampoco está de acuerdo ni admite que es responsable por ninguno de los reclamos en esta Demanda, [y tampoco acepta] causó ningún perjuicio. El Tribunal aún no ha determinado quien tiene la razón en cuanto a los reclamos de la Demanda.

### EL ARREGLO QUE SE PROPONE

Los Representantes de esta Demanda Colectiva y los Acusados han llegado al acuerdo que se delinea a continuación como una manera de evitar los riesgos mutuos de tener que llevar el caso a juicio y para evitar la tardanza de los beneficios que los miembros de esta demanda colectiva podrían recibir o no recibir después de un largo litigio. **Usted no tiene que hacer nada para recibir los beneficios de este arreglo,** excepto dar notificación de su nueva dirección si es que se muda en los próximos seis meses. Si el arreglo es finalmente aprobado por el Tribunal, usted tendría derecho de recibir los beneficios que se describen a continuación.

**Beneficios para los Miembros de la Demanda Colectiva:**

Los Acusados han estado de acuerdo en crear un fondo para el arreglo que asciende a $592,536.70. Los fondos serían distribuidos entre las personas que participen en esta demanda colectiva. Si usted decide participar entonces recibiría un cheque por aproximadamente $239 dólares, siempre en cuando este arreglo sea aprobado por el Tribunal.

**Beneficios a los Representantes de la Demanda**

El arreglo que se propone establece que TD Banknorth le pagará al Sr. Navarrete $5,000 dólares, eliminará el saldo en su cuenta de la Línea de Crédito de Comfort Mobility, y no reportará información de crédito negativa en relación al Sr. Navarrete.

**Honorarios Legales (de abogados)**

Además del fondo para el arreglo que asciende a $592,536.70, a ser distribuido entre las personas que participen en esta demanda colectiva, los Acusados están de acuerdo en pagar los honorarios de los abogados de los demandantes colectivos, hasta un máximo de $50,000 dólares. Los honorarios de los abogados serán pagados independientemente del fondo para el arreglo y no reducirán el monto total que será pagado a los miembros de la demanda colectiva.

**EXHIBIT**

**B**

**Liberación de responsabilidad**

A cambio de los beneficios ofrecidos a los miembros de la demanda colectiva, el Acusado, TD Banknorth, será liberado de cualquier responsabilidad por los actos y omisiones alegadas en esta Demanda. Todos los miembros de la Demanda obedecerán esta liberación a menos de que se excluyan ellos (ellas) mismos (mismas) o se opongan al arreglo como se describe a continuación. Esta liberación de responsabilidad se extiende a reclamos que los miembros de la demanda colectiva podrían tener contra el Acusado TB Banknorth (aun si esos reclamos no se conocen en este momento) como resultado de los actos y omisiones alegados en esta Demanda.

## OPINION DE LOS ABOGADOS EN DEMANDA COLECTIVA CONCERNIENTE AL ARREGLO

Dada la incertidumbre del litigio, los asuntos legales y factibles pendientes, y la tardanza acarreada por un posible juicio y la posible apelación, los abogados en la demanda colectiva opinan que este es un arreglo justo y razonable.

## SUS DERECHOS Y COMO RECLAMAR SU PARTE

**Usted no tiene que hacer nada para recibir los beneficios a los cuales usted tiene derecho bajo este arreglo.** Se le mandará a usted un cheque o se le regresará un crédito después de que el Tribunal emita su Aprobación Final del arreglo.

**Si usted no desea participar en este arreglo colectivo entonces debe notificarle al Administrador de la Demanda Colectiva por escrito a la dirección siguiente:** *Navarrette v. TD Banknorth* **Class Administrator, c/o Rosenthal & Company LLC, P.O. Box 6177, Novato, CA  94948-6177.** Deberá especificar por escrito que desea ser excluido(a) de la Demanda Colectiva, y tendrá que mandar su carta matasellada a más tardar el 2 de julio de 2008. Además, ya sea usted o su abogado deberá presentar ante el Tribual un aviso escrito de sus intenciones. El mismo aviso debe ser mandado a los abogados participantes en esta demanda colectiva. Los abogados son:

Scott Maurer
KGACLC
1030 The Alameda
San José, CA  95126

y

Matthew G. Ball
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105-3493

Si usted decide excluirse y por lo tanto no participar en este arreglo colectivo, usted tendrá el derecho a presentar su propia demanda individual contra el Acusado, pero solamente si la presenta durante el tiempo permitido por la ley. Si decide presentar su propia demanda y gana su caso, es posible que usted pueda recuperar más dinero del que se le ofrece a través de este arreglo colectivo. Sin embargo, si pierde el caso, usted no podrá recuperar nada.

Si usted no presenta el debido aviso para excluirse, oponerse, intervenir o comparecer solo (sola) o con su abogado, entonces los abogados de la demanda colectiva lo (la) representarán gratuitamente durante la audiencia y durante otros posibles procesos legales relacionados a esta Demanda.

## OTROS PROCEDIMIENTOS LEGALES ANTE EL TRIBUNAL

Habrá una Audiencia Final de Equidad ante el Honorable Juez James Ware en o alrededor de 15 de septiembre del 2008, a las 9:00 AM en la Sala 8 del Tribunal Superior de los Estados Unidos para la Región Norte de California, localizada en el 280 South First Street, San José, California. Durante dicha audiencia el Juez Ware decidirá si el arreglo que se propone es razonable, adecuado y justo. Si el Juez Ware lo aprueba, el arreglo será concluido y después se pagarán las distribuciones correspondientes. Los miembros de la demanda colectiva que hayan presentado una objeción por escrito o que deseen intervenir deberán presentarse a la audiencia para presentar sus argumentos. **Sin embargo, usted no tiene que comparecer a la audiencia para poder recibir su parte del arreglo.**

## INFORMACIÓN ADICIONAL

Si usted desea recibir más información sobre este Aviso o esta Demanda puede ponerse en contacto con el abogado del Demandante a esta dirección: Scott Maurer; KGACLC; 1030 The Alameda; San José, CA  95126, (408) 288-7030. Los documentos legales archivados sobre este caso están disponibles para su inspección en la Oficina del Secretario (Office of the Clerk) del Tribunal Superior de los Estados Unidos para la Región Norte de California, División de San José, localizada en el 280 South First Street, San José, California 95113-3002.

**Le rogamos no llamar al Juez o al Secretario. Ellos no podrán darle ningún tipo de consejo sobre este caso.**

**Rosenthal & Company LLC**
Navarette v. TD Banknorth
Exclusions
7/23/2008

Count:    4

| Rosenthal Control Number | Last | First | Status | Postmark Date | Date Reported | Image Name | Hyperlinks |
|---|---|---|---|---|---|---|---|
| 100841401 | Graves | Judy | EXCLUSION | 6/7/2008 | 6/13/2008 | TDN_Excl_100841401 | Click Here |
| 101149101 | Kennedy | Ellin S | EXCLUSION | 6/10/2008 | 6/23/2008 | TDN_Excl_101149101 | Click Here |
| 100238201 | Boyington | Allen | EXCLUSION | 6/23/2008 | 6/30/2008 | TDN_Excl_100238201 | Click Here |
| 101301501 | Lindaberry | Joyce | EXCLUSION | 6/23/2008 | 7/7/2008 | TDN_Excl_101301501 | Click Here |

**EXHIBIT**

**C**

June 6, 2008

Clm ID: 100841401

To Whom it may Concern —

My Husband and I do Not have the Bed, we Never Purchased one. Please take my Name off your List, for Class Action Suite. We Cancelled the Order with Terry, the Salesman for Craftmatic Beds.

Sincerely Yours
Judy Graves

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>TD BANKNORTH, N.A.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: CV 07 02767 JW<br>)<br>)<br>) |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

## PLEASE READ THIS NOTICE CAREFULLY - THIS IS *NOT* A LAWSUIT AGAINST YOU

**To:** All U.S. residents who financed a Craftmatic bed through a Comfort Mobility Credit Line account issued by the Defendant, TD Banknorth between May 26, 2006 and February 13, 2008.

It appears from the Defendant's records that you are a member of the Class affected by the proposed settlement and, as a result, that you may be entitled to certain benefits which are described below. You are being sent this Notice to explain the nature of the lawsuit and the terms of settlement, and inform you of your legal rights and obligations. In order to obtain the benefits of this settlement, you do not have to do anything.

## WHAT THIS LAWSUIT IS ABOUT

On May 25, 2007, Eliseo Navarrette initiated the above-captioned suit ("the Action") against TD Banknorth. The Action asserted class-wide violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*; as well as an individual claim for a violation of California's Consumers Legal Remedies Act. The primary issue raised by this lawsuit is whether or not TD Banknorth provided appropriate credit information to borrowers in conjunction with the Comfort Mobility Credit Line program.

Defendants deny each and every allegation of unlawful conduct and any suggestion that it did anything wrong or that it did not obey the law, and it does not agree or admit that it is liable for any claims in this lawsuit or caused any damages. The Court has not made a determination as to who is right about the claims in the lawsuit.

## THE PROPOSED SETTLEMENT

The Class Representatives and the Defendants have agreed to the settlement described below in order to avoid the risks to both sides of going to trial and to avoid the delay in benefits Class members may or may not receive after lengthy litigation. **You do not need to do anything in order to receive the benefits of this settlement,** except give notice of change of address if you move in the next six months. If the settlement is finally approved by the Court, you will be entitled to receive the benefits described below.

### Benefits to Class Members

Defendants have agreed to create a $592,536.70 settlement fund. Funds will be distributed to the individuals who participate in this class action settlement. If you decide to participate, you will receive a check for approximately $239 if this settlement receives final approval by the Court.

### Benefits to the Class Representative

The settlement agreement provides that TD Banknorth will pay Mr. Navarrette $5,000, erase the balance on his Comfort Mobility Credit Line account, and refrain from negative credit reporting with respect to Mr. Navarrette.

### Attorneys' Fees

In addition to the $592,536.70 settlement fund, which will be distributed among the Class members, Defendant has agreed to pay the attorneys' fees for the Class in an amount not to exceed $50,000. The attorneys' fees will be paid separately from the settlement fund, and will not reduce the amount of money paid to the Class members.

TDN_NOT_080528



David and Judy Graves
21253 Yontz Rd. Lot 74
Brooksville, Florida 34601

Navarrette V. TSJ Dankworth Class
Administrator
c/o Rosenthal + Company LLC
P.O. Box 6177
Novato, CA 94948-6177

94948-6177

TAMPA FL 336
SAINT PETERSBURG FL
07 JUN 2008, PM 5 T

ROSENTHAL & COMPANY

RECEIVED
JUN 11 2008

6/8/2008
Clm: 101149101

Case # CV0702767 JW
MR. MATTHEW G. BALL
MR. Scott MAURER
NAVARRETTE VS. TD BANK North NA

PDF in e-mail
from mr. Ball
6/17/08

This is to inform you that I have never had a Craftmatic bed nor have I ever before even heard of Comfort Mobility, & certainly have no account with that company.

I sent in a post card for information. Received a call. When I heard the final cost — I had to cancel. I could never pay the high cost.

If some person failed to do the proper paper work to CANCEL the deal — It is their records that may be INCORRECT.

I simply do not qualify
for any refund from the
class action settlement.

Most sincerely,

Ellin S. Kennedy
Ellin S. Kennedy

Hopefully, what I have written will be enough.

I'm over 77 yr. old and permanently disabled; so - since I'm also low income, I do not have a copying machine/computer/etc. Tried to make copies (3) & get them in the envelopes (wrong type of envelopes, but - that happens w/ someone else shopping!)

Ellin Kennedy

Case # CV0702769 JW                    6/8/2008
Mr. Matthew G. BALL
Mr. Scott MAURER
NAVARRETTE vs. TD BANKNORTH, NA.


        This is to inform you
that I have never had a
Craftmatic bed nor have I
ever before even heard of
Comfort Mobility & certainly
have no account — with that
company.

        I sent in a postcard
for information — was contacted
when I heard the FINAL
COST — I had to cancel
even a home appt. w/ a
Rep.

        I could never pay the
high cost!

        If some person
failed to do the paper
work to CANCEL the deal —

It is their records which may be incorrect. I simply do not qualify for any refund from the class action settlement.

Most sincerely,

Ellin S. Kennedy
Ellin S. Kennedy

Trust what I have
written will be enough.
   At 77 yrs. + some months -
being female — and —
Permanently disabled — I
still hope to help others
in even a small way!
   Tried to write 3
notes as identical as
my fast moving mind
   allows.

Ellin Kennedy

Ellin Kennedy
1600 Grandon Ave.
San Marcos, CA 92078-3701

SAN DIEGO CA 921

10 JUN 08 PM 11 L

NAYARRETIA VS. TD BANK NORTH LLC
CLASS ADMINISTRATOR
c/o Rosenthal & Company LLC
P.O. Box # 6177
NOVATO, CALIFORNIA 94948-6177

34948-6177

RECEIVED

ROSENTHAL & COMPANY





6/19/08

Mr. Matthew G Ball,

This is to inform you that we did not buy a Craftmatic bed. We did check them out but decided to Buy a Simmons electric bed.

We do not qualify, so please exclude us from Participating in this settlement class.

I'm sorry this is late, but we had moved & the letter just caught up with us!

Allen Boyington

new address   903 Broadway St.
Rowan, Iowa 50470

Allen Boyington
903 Broadway St
Rowan, Iowa 50470

WATERLOO IA 507
03 JUN 2008 PM 1 L



Matthew G Ball
Kirkpatrick & Lockhart Preston Gates Ellis LLP

ClmID : 100 38 201

6/19/08

This is to inform you that
we did not buy a Craftmatic
bed. we only checked them
out, Instead we bout a
Simmons electric bed from
a local furniture store.
We do not qualify for
anything. Please take us off
the list.

    Sorry we are late in
responding to your letter, but
we have moved & the letter
just got caught up with us

                Allen Boyington

New Address
        903 Broadway St.
        Rowan, Iowa 50470

USA FIRST-CLASS FOREVER

WATERLOO IA 507

20 JUN 2008 PM 1 T

Allen Bryant
903 Broadway St.
Reinbeck, Iowa 50470

Navarrette V. TD Bancnorth Class Administrator
% Rosenthal + Company LLC
P.O. Box 6177
Novato, Ca 94948-6177

RECEIVED
JUN 23 2008

ROSENTHAL & COMPANY

94948+6177

EXCID
ClmID: 101301501

Joyce Lindaberry
25 Halfway House Rd
Washington, N.J.
07882

To Whom It May Concern:

I wish to be excluded from the
the Class Action suit against
Craftmatic Bed. I did not purchase
a bed. As they sent someone to my
home who badgered me for over 4 hrs.
I finally signed to get rid of them. I
cancelled within the time frame and
I wish nothing further with these
people

Sincerely,
Joyce Lindaberry



USA FIRST CLASS FOREVER

DVD P&DC
KEARNY NJ 070
6 JUN 2008 PM 2 L

Joyce Lindaberry
25 Halfway House Rd.
Washington, NJ 07882-3564

NAVARRETE v TD BANKNORTH Class
ADMINISTRATOR
C/o Rosenthal & Co. LLC
P.O. Box 6177
Novato, CA.
94948-6177

RECEIVED

JUN 2 6 2008

ROSENTHAL & COMPANY

34948 16177