1 | Scott Maurer, C.S.B. #180830
    Cheryl Scheer, C.L.S. #20998
2 | KATHARINE & GEORGE ALEXANDER
    COMMUNITY LAW CENTER
3 | 1030 The Alameda
    San Jose, California 95126
4 | Phone:  (408) 288-7030
    Fax:     (408) 288-3581

6 | William E. Kennedy, C.S.B. #158214
    LAW OFFICES OF WILLIAM E. KENNEDY
    2797 Park Ave #201
7 | Santa Clara, CA 95050
    Phone: (408) 241-1000
8 | Fax:    (408) 241-1500

9 | Eric W. Wright, C.S.B. #41197
    19910 Wright Drive
10 | Los Gatos, CA 95033
     Phone: (408) 554-4353
11 | Fax:    (408) 554-4426

12 | Attorneys for Plaintiff Eliseo Navarrette
     and others similarly situated

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELISEO NAVARRETTE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TD BANKNORTH, N.A,<br><br>Defendant | Case No.:  C-07-02767 JW<br><br>**DECLARATION OF WILLIAM E. KENNEDY IN SUPPORT OF ORDER AN ORDER CERTIFYING A CLASS, GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARDING ATTORNEYS' FEES AND COSTS TO PLAINTIFF; AND ENTERING JUDGMENT**<br><br>Date:     Sept. 15, 2008<br>Time:    9:00 a.m.<br>Judge.:   The Hon. James Ware |

I, William E. Kennedy declare:

1.  I, am co-lead counsel for the Settlement Class in this litigation. I submit this Declaration in support of Plaintiffs' Petition filed and served herewith. I have been actively involved in the prosecution of the litigation and am fully familiar with the proceedings set forth herein. If called upon, I would be competent to testify to the following facts as true and correct to the best of my knowledge.

2.  A favorable resolution of the litigation was achieved through aggressive but efficient prosecution. I thoroughly analyzed the legal and factual issues in the litigation and considered the pros and the cons of various theories and facts before agreeing to the terms of the Settlement. Accordingly, I am satisfied that the terms and conditions of this Agreement are fair, reasonable, adequate and equitable, and that a settlement of the Action is in the best interests of the Representative Plaintiff and the Settlement Class.

3.  For the reasons set forth herein, and the accompanying Memorandum of Points & Authorities, I believe that the Settlement is fair, reasonable and adequate when the risks of continued litigation are weighed against the potential benefits.

4.  I am or have been co-counsel in four certified class action lawsuits besides the instant case. The first case is <u>Wilson et al. v. Fidelity Water System, Inc.</u> Northern District of California Case #C 97-20118 RMW. This case challenged the sales and financing practices of a door-to-door seller of water treatment systems and a related finance company. The remaining cases are <u>Smith v. GMAC</u>, Santa Clara County Superior Court Case #CV 776 152; <u>Gonzalez v. Bank of the West</u>, Santa Clara County Superior Court Case #CV777378; and <u>Acosta v. Sunstar</u>, Santa Clara County Superior Court Case #CV 776928.

5.  I am counsel for the plaintiff class in <u>Latora v. Unitrin Direct Insurance Company</u>, Alameda County Superior Court Case Number VG 06275384. A class settlement has been reached in that case and a motion for preliminary approval of such settlement is calendared for October 23, 2008.

6.  I was counsel or co-counsel in the following published cases (including Lexis/Westlaw cases):

2

1   a)   <u>Yu v. Signet Bank/ Virginia</u>, 69 Cal.App.4th 1377 (1999) (distant forum abuse by credit card company)

2   b)   <u>Yu v. Signet Bank/Virginia</u>, 103 Cal. App. 4th 298 (2002) (distant forum abuse by credit card company)

3   c)   Rosales v. Citibank, 133 F. Supp. 2d 1177 (N.D. Cal. 2000) (Business and Professions Code §17200)

4   d)   Long v. Fidelity Water Systems, 2000 U.S. Dist. LEXIS 3982, 2000 WL 760328 (Truth in Lending Act)

5   e)   Long v. Fidelity Water Systems, 2000 U.S. Dist. LEXIS 7827, 2000 WL 989914 (Arbitration)

6   f)   Lin v. Universal Card Services Corporation, 238 F. Supp.2d 1147 (N.D.Cal. 2002) (California Consumer Credit Reporting Agencies Act)

7   g)   Mayo v. Dean Witter Reynolds, Inc., 258 F. Supp. 2d 1097 (N.D. Cal. 2003) (Arbitration)

8   h)   Alkan v. Citimortgage, Inc. 336 F.Supp.2d 1061 (N.D.Cal.,2004)(Home Ownership Loan Act)

7.   I am unaware of any case where the Truth in Lending Act was the sole class cause of action and the class recovered more than $500,000 in damages.

8.   My lodestar is $14,040.00. This amount is the product of an hourly rate of $450.00 and 31.20 documented hours of work on this action.

9.   My lodestar includes one hour to appear at the hearing of this motion, and three hours of anticipated time for any work which must be completed following the hearing on the motion.

10.   I am familiar with prevailing rates in my area; based upon this and from my own knowledge, I believe that $450.00 is a reasonable rate for my time.

11.   A copy of my contemporaneous time records is attached hereto as Exhibit A.

12.   For the reasons stated above, I believe I can adequately represent the Proposed Settlement Class and I have no interests adverse to the proposed class.

3

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and if called upon to testify, I could testify to the truth of the facts
3  contained in this declaration. This declaration is executed on September 4, 2008, in Santa Clara
4  California.

6  LAW OFFICE OF WILLIAM E. KENNEDY

8    /s/
    William E. Kennedy
9      Attorney for Plaintiff Eliseo Navarrette and the
    Settlement Class