William E. Kennedy
Law Office of William E. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, CA  95050

Invoice submitted to:
Elisio Navarette

September 05, 2008

Invoice #10037

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/22/2007 WEK | Meeting with client and Scott Maurer. | 3.00<br>450.00/hr | 1,350.00 |
| 3/9/2007 WEK | Review retainer agreement and co-counsel agreement | 0.30<br>450.00/hr | 135.00 |
| 3/26/2007 WEK | Meeting with Scott M. and Jennifer to review and discuss draft complaint | 1.00<br>450.00/hr | 450.00 |
| 4/5/2007 WEK | Read complaint, Phone call with Scott M and Jennifer | 0.80<br>450.00/hr | 360.00 |
| 6/5/2007 WEK | Phone call with Matthew Ball, defense counsel | 0.20<br>450.00/hr | 90.00 |
| 9/21/2007 WEK | Phone call with Scott Maurer regarding Rule 26 f conference | 0.30<br>450.00/hr | 135.00 |
| 9/25/2007 WEK | Meet and confer with opposing counsel Matt Ball | 0.50<br>450.00/hr | 225.00 |
| 10/19/2007 WEK | Read draft discovery (interrogatories, document requests, requests for admissions) | 0.50<br>450.00/hr | 225.00 |
| 10/22/2007 WEK | Review draft Joint Management Conference Statement | 0.20<br>450.00/hr | 90.00 |
| WEK | Prepare outgoing discovery | 0.30<br>450.00/hr | 135.00 |

Elisio Navarette                                                                                         Page    2

                                                                                           Hrs/Rate         Amount

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/26/2007 | WEK | Review protective order | 0.30<br>450.00/hr | 135.00 |
| 12/12/2007 | WEK | Read and draft meet and confer responses to Document Requests responses and portion of interrogatory responses | 1.50<br>450.00/hr | 675.00 |
| 12/13/2007 | WEK | Prepare meet and confer letter | 1.50<br>450.00/hr | 675.00 |
| 1/9/2008 | WEK | Attention to issue of what to do with the bed | 0.20<br>450.00/hr | 90.00 |
| 1/29/2008 | WEK | Meeting with Scott Maurer to prepare for Early Settlement Conference | 1.00<br>450.00/hr | 450.00 |
| | WEK | Prepare draft settlement agreement | 1.50<br>450.00/hr | 675.00 |
| 1/30/2008 | WEK | Review amended responses to interrogatories | 0.20<br>450.00/hr | 90.00 |
| 1/31/2008 | WEK | Read draft ESC statement, Phone call with Scott M. | 0.40<br>450.00/hr | 180.00 |
| | WEK | Phone call with Scott M regarding ESC | 0.20<br>450.00/hr | 90.00 |
| 2/1/2008 | WEK | Research to prepare for Early Settlement Conference | 0.50<br>450.00/hr | 225.00 |
| 2/7/2008 | WEK | Early Settlement Conference | 6.00<br>450.00/hr | 2,700.00 |
| 2/26/2008 | WEK | Prepare alternative settlement proposal in light of increased class size | 0.30<br>450.00/hr | 135.00 |
| 3/7/2008 | WEK | Review alterations to settlement agreement by Matt Ball, Phone call with Scott Maurer | 1.30<br>450.00/hr | 585.00 |
| 3/12/2008 | WEK | Review revised settlement agreeement. | 0.40<br>450.00/hr | 180.00 |
| 3/13/2008 | WEK | Review class notice | 0.30<br>450.00/hr | 135.00 |
| 3/17/2008 | WEK | Review final judgment draft | 0.50<br>450.00/hr | 225.00 |
| 4/3/2008 | WEK | Review Points and Authorities in Support of Application for An Order Conditionally Certifying Class, etc. | 0.40<br>450.00/hr | 180.00 |

Elisio Navarette                                                                                           Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2008 | WEK | Review revisions to Settlement Agreement and exhibits by Matt Ball, Phone call with Scott Maurer | 0.40<br>450.00/hr | 180.00 |
| 4/14/2008 | WEK | Review Memorandum of Understanding with Rosenthal (class administrator), changes to settlement agreement | 0.40<br>450.00/hr | 180.00 |
| 4/28/2008 | WEK | Court appearance-motion for preliminary approval | 1.00<br>450.00/hr | 450.00 |
| 9/4/2008 | WEK | Review motion for final approval, Phone call with Scott Maurer | 0.30<br>450.00/hr | 135.00 |
| 9/5/2008 | WEK | Work on motion for final approval of settlement | 1.50<br>450.00/hr | 675.00 |
|  | WEK | Anticipated time to appear at final approval hearing | 1.00<br>450.00/hr | 450.00 |
|  | WEK | Anticipated future time to finalize case settlement | 3.00<br>450.00/hr | 1,350.00 |
|  |  | For professional services rendered | 31.20 | $14,040.00 |
|  |  | Balance due |  | $14,040.00 |