**Rosenthal & Company LLC**
Navarette v. TD Banknorth
Exclusions
7/23/2008

Count: 4

| Rosenthal Control Number | Last | First | Status | Postmark Date | Date Reported | Image Name | Hyperlinks |
|---|---|---|---|---|---|---|---|
| 100841401 | Graves | Judy | EXCLUSION | 6/7/2008 | 6/13/2008 | TDN_Excl_100841401 | Click Here |
| 101149101 | Kennedy | Ellin S | EXCLUSION | 6/10/2008 | 6/23/2008 | TDN_Excl_101149101 | Click Here |
| 100238201 | Boyington | Allen | EXCLUSION | 6/23/2008 | 6/30/2008 | TDN_Excl_100238201 | Click Here |
| 101301501 | Lindaberry | Joyce | EXCLUSION | 6/23/2008 | 7/7/2008 | TDN_Excl_101301501 | Click Here |