UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   September 15, 2008**  **Court Reporter: Irene Rodriguez**
**Case No.: C-07-02767 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

**Eliseo Navarrette v. TD Banknorth NA**

**Attorney(s) for Plaintiff(s)**: Scott Maurer, William Kennedy, Cheryl Scheer
**Attorney(s) for Defendant(s)**: Matthew Ball

## PROCEEDINGS

Final Approval of Class Settlement

## ORDER AFTER HEARING

Hearing Held.  Approval GRANTED for the reasons stated on the record.  The Court to issue Judgment.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: